# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABRADOR FRANCHISES, INC. d/b/a PET DEPOT, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02510-KJM-KJN<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

Good cause appearing, IT IS HEREBY ORDERED THAT:

1) The deadline to file dispositional documents currently scheduled for February 3, 2022, is hereby continued to March 4, 2022.

**IT IS SO ORDERED.**

DATED: February 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER